# UNITED STATES DISTRICT COURT,
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOLENE EGGER, | : | Case No. 4-12-CV-03211 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **JUDGMENT OF DISMISSAL** |
| | : | |
| GGNSC FULLERTON, LLC and | : | |
| GGNSC ADMINISTRATIVE | : | |
| SERVICES LLC, | : | |
| | : | |
| Defendants. | | |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 32),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the defendants are dismissed with prejudice, each party to pay their own costs and attorney fees.

April 18, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge